UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                  :

SUSAN COMPETELLO, *on behalf of herself and all*
*others similarly situated,*

                    Plaintiff,          :            24-CV-5899 (JMF)

               -v-                :               ORDER

ASH & ERIE, INC.,

                    Defendant.      :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.* In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

     SO ORDERED.

Dated: August 6, 2024
      New York, New York                                              
                                                   JESSE M. FURMAN
                                         United States District Judge