```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN COMPETELLO,

                                     Plaintiff,

                -against-

ASH & ERIE, INC.,

                                   Defendant.
-----------------------------------------------------------------X

24-CV-5899 (JMF) (KHP)

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A case management conference to discuss the status of the case is scheduled for **Tuesday, March 4, 2025 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

        SO ORDERED.

Dated: February 13, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1